MESERVY LAW, P.C.
LONDON D. MESERVY (SBN: 216654)
london@meservylawpc.com
401 West A Street, Suite 1712
San Diego, CA 92101
Telephone:  858.779.1276
Facsimile:   866.231.8132

DENTE LAW, P.C.
MATTHEW S. DENTE (SBN: 241547)
matt@dentelaw.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619.550.3475
Facsimile:  619.342.9668

Attorneys for Defendant
The Sygma Network, Inc.

EMPLOYEE JUSTICE LEGAL GROUP, PC
KAVEH S. ELIHU (SBN: 268249)
kelihu@ejlglaw.com
SYLVIA V. PANOSIAN (SBN: 310085)
spanosian@ejlglaw.com
3055 Wilshire Boulevard, Suite 1100
Los Angeles, California 90010
Telephone: (213) 382-2222
Facsimile: (213) 382-2230

Attorneys for Plaintiff Stephen Foster

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FOSTER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE SYGMA NETWORK, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.:  2:20-cv-07003-SB-PDx<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Stephen Foster ("Plaintiff") and Defendant The Sygma Network, Inc. ("Defendant") submit this Notice of Settlement:

- After extended negotiations the parties in this Action have agreed to fully and finally settle and resolve all of Plaintiff's claims against Defendant;
- The parties are actively negotiating the complete terms of a settlement agreement; and
- After the settlement agreement is finalized and executed, the parties will file a joint motion to dismiss this Action with prejudice.
- 

Dated: May 13, 2021         MESERVY LAW, P.C.
                            DENTE LAW, P.C.


                            By: /s/ London D. Meservy
                                LONDON D. MESERVY (SB# 216654)

                            Attorneys for Defendant
                            The Sygma Network, Inc.

Dated: May 13, 2021         EMPLOYEE JUSTICE LEGAL GROUP, PC


                            By: /s/ Sylvia Panosian
                                SYLVIA V. PANOSIAN (SBN: 310085)

                            Attorneys for Plaintiff Stephen Foster