JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN FOSTER, an individual, | Case No.:2:20-cv-07003-SB-PDx |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| THE SYGMA NETWORK, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1  Based upon Plaintiff's and Defendant's Joint Motion for Dismissal with Prejudice,
2  and good cause appearing, the Court hereby ORDERS that this action is DISMISSED
3  WITH PREJUDICE.
4  **IT IS SO ORDERED.**
5
6  Dated: June 11, 2021
7
8  By: _____
9  HON. STANLEY BLUMENFELD, JR.
   UNITED STATES DISTRICT JUDGE